1 | Carolyn Cottrell, 166977
2 | (415) 421-7100 Ext 36
  | Schneider Wallace Cottrell Konecky LLP
3 | 2000 Powell Street, Suite 1400
  | Emeryville, CA 94608
4 | Representing: Plaintiff                    File No. 102063

United States District Court, Eastern District of California

Eastern District of California - District - Redding

George Sousa on behalf of himself, et al    )
                                            )    Case No. 1:20-at-00248
                                            )
              Plaintiff/Petitioner          )    Proof of Service of:
                                            )
              vs.                           )    Class Action Complaint, Civil Case Cover Sheet,
                                            )    Summons 1, Summons 2, Order Setting Mandatory
                                            )    Scheduling Conference , Standing Order, Standing
Walmart Inc., et al                         )    Order RE Judaical Emergency , Notice of consent
                                            )    form, Notice of Availability re VDRP
              Defendant/Respondent          )
                                            )
                                                 Service on:
                                                 WALMART INC.

                                                 Hearing Date:
                                                 Hearing Time:
                                                 Div/Dept:

PROOF OF SERVICE

OL#14723447

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Carolyn Cottrell, 166977<br>Schneider Wallace Cottrell Konecky LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608 | (415) 421-7100 Ext 361 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>102063 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2986 Bechelli Lane
Redding, CA 96002

PLAINTIFF:
George Sousa on behalf of himself, et al

DEFENDANT:
Walmart Inc., et al

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-at-00248 |

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Class Action Complaint, Civil Case Cover Sheet, Summons 1, Summons 2, Order Setting Mandatory Scheduling Conference , Standing Order, Standing Order RE Judaical Emergency , Notice of consent form, Notice of Availability re VDRP

2. Party Served: WALMART INC.

3. Person Served: Albert Demonte - CT Corporation System - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/26/2020    1:00PM

5. Address, City and State: 818 West Seventh Street, Suite 930
Los Angeles, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/29/2020 at Petaluma, California.

Signature: *Jimmy Lizama*

OL# 14723447