1  Carolyn Cottrell, 166977
   (415) 421-7100 Ext 36
2  Schneider Wallace Cottrell Konecky LLP
3  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
4  Representing: Plaintiff                      File No. 102063

5

6

7

8                    United States District Court, Eastern District of California

9                    Eastern District of California - District - Redding

10

11

12 | George Sousa
13 |
14 |         Plaintiff/Petitioner                Case No. 1:20-at-00248
15 |              vs.                            Proof of Service of:
16 | Walmart Inc., et al.                        Complaint, Civil Cover Sheet, Summons,
                                                 Summons, Order Setting Mandatory Scheduling
17 |                                             Conference , Standing Order, Standing Order RE
           Defendant/Respondent                  Judaical Emergency, Notice of Magistrate Judge
18 |                                             Consent, Notice of Availability—Voluntary
                                                 Dispute Resolution

19                                               Service on:
                                                 WAL-MART ASSOCIATES, INC.
20

21
                                                 Hearing Date:
22
                                                 Hearing Time:
23
                                                 Div/Dept:
24

25

26

27

28

                                   PROOF OF SERVICE

OL#14723448

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Carolyn Cottrell, 166977 <br> Schneider Wallace Cottrell Konecky LLP <br> 2000 Powell Street, Suite 1400 <br> Emeryville, CA 94608 <br> TELEPHONE NO.: (415) 421-7100 Ext 361 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court, Eastern District of California <br> 2986 Bechelli Lane <br> Redding, CA 96002 | |
| PLAINTIFF/PETITIONER: George Sousa <br> DEFENDANT/RESPONDENT: Walmart Inc., et al. | CASE NUMBER: <br> 1:20-at-00248 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 102063 |

**BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

   Complaint, Civil Cover Sheet, Summons, Summons, Order Setting Mandatory Scheduling Conference, Standing Order, Standing Order RE Judaical Emergency, Notice of Magistrate Judge Consent, Notice of Availability—Voluntary Dispute Resolution

3. a. Party served: WAL-MART ASSOCIATES, INC.

   b. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 West Seventh Street, Suite 930
   Los Angeles, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 05/22/2020   (2) at (time): 1:00PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   WAL-MART ASSOCIATES, INC.
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jessica Brown
   b. Address:    One Legal - P-000618-Sonoma
                  1400 North McDowell Blvd, Ste 300
                  Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 40.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2019217220
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 05/29/2020

Jessica Brown
(NAME OF PERSON WHO SERVED PAPERS)                                         (SIGNATURE)

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10 <br> OL# 14723448