1 | Jennifer A. Kearns (SBN 125588)
2 | **DUANE MORRIS LLP**
3 | 750 B Street, Suite 2900
  | San Diego, CA 92101-4681
4 | Telephone: 619.744.2200
5 | E-mail: jkearns@duanemorris.com

7 | Attorney for Defendant Walmart, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| GEORGE SOUSA, | Case No.: 1:20-CV-00500-DAD-EPG |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT WALMART, INC. AND WAL-MART ASSOCIATES, INC.'S NOTICE OF FRCP 7.1 DISCLOSURE STATEMENT [FRCP 7.1]** |
| WALMART, INC., and WAL-MART ASSOCIATES, INC., | |
| Defendants. | District Judge: Dale A. Drozd<br>Courtroom 5 |
| | Complaint Filed: April 7, 2020 |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to the Federal Rules of Civil Procedure 7.1, and Civil Local Rule 40.2 of the Southern District of California the undersigned counsel of record for Defendants Walmart, Inc. and Wal-Mart Associates, Inc. certifies and states as follows:

1.   Defendants Walmart, Inc. has no parent corporation, and no publicly held company owns 10% or more of its stock.

2.   Defendant Wal-Mart Associates, Inc. is wholly owned by its parent corporation, Walmart Inc., a publicly held company.

Dated: June 15, 2020          **DUANE MORRIS LLP**

/s/Jennifer A. Kearns
Jennifer A. Kearns
Attorney for Defendant Walmart, Inc.