Jennifer A. Kearns (SBN 125588)
Christopher M. Champine (SBN 323385)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2200
Facsimile:  619.744.2201
E-mail:  jkearns@duanemorris.com
          cmchampine@duanemorris.com

Attorney for Defendants Walmart, Inc. and
Wal-Mart Associates, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOUSA, on behalf of himself and the Class Members,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and WAL-MART ASSOCIATES, INC.,<br><br>Defendants. | Case No.: 1:20-CV-00500-DAD-EPG<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER M. CHAMPINE**<br><br>District Judge: Hon. Dale Drozd<br>Courtroom: 5, 7th Floor<br><br>Complaint Filed: April 7, 2020 |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

I, Christopher M. Champine, hereby request that my appearance be entered on behalf of Defendants Walmart, Inc. and Wal-Mart Associates, Inc.

I am admitted to practice in this district and am registered with the United District Court for the Eastern District of California. I am an associate with the law firm of Duane Morris, LLP and will be appearing as counsel in this case. I hereby request that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon me as set forth below:

> Christopher M. Champine
> Duane Morris LLP
> 750 B Street, Suite 2900
> San Diego, CA 92101
> 619.744.2200-Telephone
> 619.744.2201-Fax
> cmchampine@duanemorris.com

Dated: June 26, 2020            **DUANE MORRIS LLP**

/s/Christopher M. Champine
Jennifer A. Kearns
Christopher M. Champine
Attorney for Defendant Walmart, Inc.
and Wal-Mart Associates, Inc.