UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOUSA, on behalf of himself and the Class Members,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC. et al.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00500-DAD-EPG<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND TIME FOR EXCHANGE OF RULE 26 INITIAL DISCLOSURES**<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties (ECF No. 14), and finding that good cause exists, IT IS ORDERED that the deadline to exchange initial disclosures is extended from November 30, 2020 (ECF No. 13), to December 7, 2020.

IT IS SO ORDERED.

　　Dated:　**November 30, 2020**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1