# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOUSA, MARTHA CASTRO<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART, INC., WAL-MART ASSOCIATES, INC.,<br><br>Defendants. | OLD CASE: 1:20-CV-00500 ADA EPG<br><br>NEW CASE: 1:20-CV-00500 EPG<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge ERICA P. GROSJEAN as Presiding Judge of the above entitled action.  The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:20-CV-00500 EPG

IT IS SO ORDERED.

Dated:   January 31, 2023

_____
UNITED STATES DISTRICT JUDGE

1