1
2
3
4
5
6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10   GEORGE SOUSA, *et al.*, individually and          Case No.  1:20-cv-500-EPG
     on behalf of similarly situated individuals,
11                                                      ORDER RE: REQUEST TO CONTINUE
12              Plaintiffs,                             STATUS CONFERENCE

13        v.                                            (ECF No. 68).

14   WALMART INC., *et al.*,

15              Defendants.

16

17        On March 13, 2023, the parties submitted a joint status report. (ECF No. 68). The parties

18   jointly request that the Court continue the status conference currently set for March 23, 2023,

19   until after the parties have attended the mediation that is scheduled on June 7, 2023. (*Id.* at 3).

20   Based on the parties' stipulation, the Court will grant the request.

21        Accordingly, IT IS ORDERED that:

22     1.  The status conference set for March 23, 2023, is CONTINUED to June 26, 2023, at 11:00

23         A.M. The parties shall file a joint status report one week prior to the conference. To

24         participate telephonically, the parties are directed to use the following dial-in number and

25         passcode: 1-888-251-2909; passcode 1024453;

26   \\\

27   \\\

28   \\\

1

2.  In the event the case settles, the parties shall promptly notify the Court, and the Court will
vacate the status conference at that time.

IT IS SO ORDERED.

Dated:  __**March 14, 2023**__                    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE