UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOUSA, *et al.*, *individually and on behalf of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-500-EPG<br><br>ORDER RE: JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 73). |

    Based on the parties' stipulation (ECF No. 73), IT IS ORDERED that Plaintiffs' opposition to Defendants' motion to dismiss shall be due on or before April 12, 2023. Any further briefing shall proceed in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

Dated: **April 5, 2023**             /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE