


FILED

JUN 21 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK



## United States District Court
## Eastern District of California

| Sousa, et al. |
|---|

Plaintiff(s)

Case Number: | 1:20-cv-00500-EPG |

V.

| Walmart Inc., et al. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Robert E. Morelli, III
_____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs
_____

On _____10/12/2018_____ (date), I was admitted to practice and presently in good standing in the
_____State of Tennessee_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____06/20/2023_____          Signature of Applicant: /s/

**Pro Hac Vice Attorney**

Applicant's Name: Robert E. Morelli, III

Law Firm Name: Schneider Wallace Cottrell Konecky, LLP

Address: 2000 Powell Street Suite 1400

City: Emeryville    State: CA    Zip: 94608

Phone Number w/Area Code: (510) 740-2180

City and State of Residence: Memphis, TN

Primary E-mail Address: rmorelli@schneiderwallace.com

Secondary E-mail Address: rmorelli@schneiderwallace.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Carolyn H. Cottrell

Law Firm Name: Schneider Wallace Cottrell Konecky, LLP

Address: 2000 Powell Street Suite 1400

City: Emeryville    State: CA    Zip: 94608

Phone Number w/Area Code: (415) 421-7100    Bar # CA: 166977

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/21/23

_____
JUDGE, U.S. DISTRICT COURT