**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Robert E. Morelli, III (*Pro Hac Vice*)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel:  (415) 421-7100
Fax:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
rmorelli@schneiderwallace.com
*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE SOUSA and MARTHA CASTRO, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC. and WAL-MART ASSOCIATES, INC.,<br><br>Defendants. | Lead Case No. 1:20-cv-00500-EPG<br>Member Case No. 2:20-cv-00928-DAD-EPG<br><br>Hon. Magistrate Judge Erica P. Grosjean<br><br>**REQUEST TO CHANGE COUNSEL HANDLING MATTER** |

Notice is hereby given that, subject to approval by the court, David C. Leimbach, Esq. and William M. Hogg, Esq., former attorneys of Schneider Wallace Cottrell Konecky LLP, hereby withdraw as counsel of record for Plaintiffs George Sousa, Martha Castro, and Class Members (collectively "Plaintiffs") in this matter. Counsel respectfully requests that their name be removed from all service lists. Plaintiffs continue to be represented by attorneys Carolyn H. Cottrell, Ori Edelstein, and Robert E. Morelli, III of Schneider Wallace Cottrell Konecky LLP.

Dated: February 2, 2024

Respectfully submitted,

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*/s/ Robert E. Morelli, III*
Carolyn H. Cottrell
David C. Leimbach
Ori Edelstein
Robert E. Morelli, III*

*pro hac vice*

## **ORDER**

The withdrawal of attorneys David C. Leimbach, Esq. and William M. Hogg, Esq., are hereby approved and so ORDERED.

Date: _____   _____
                                        Judge

---

1
REQUEST TO CHANGE COUNSEL HANDLING MATTER
*Sousa, et al. V. Walmart Inc., et al., Case No. 1:20-cv-00500-EPG*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Eastern District of California, by using the Court's CM/ECF system on February 2, 2024.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the Court's CM/ECF system.

>                                     */s/ Robert E. Morelli, III*
>                                     Robert E. Morelli, III