UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOUSA, *on behalf of himself and the Class members*, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00500-EPG <br><br> ORDER REQUIRING JOINT REPORT |

On March 12, 2024, the parties filed a status report indicating that the parties "are meeting and conferring regarding the scheduling of pretrial dates." (ECF No. 108 at 2). The parties also indicate that they "have each served written discovery, and Plaintiff has taken a F.R.C.P. 30(b)(6) deposition of Walmart." (*Id.*)

Based on the parties' report, IT IS ORDERED that the parties shall meet and confer regarding scheduling of this case and file a joint report with proposed dates addressing the following:

1. Discovery cut-off dates:

    a. Non-expert Class Certification Discovery

    b. Class Certification Expert Disclosure

1

      c. Class Certification Expert Rebuttal

      d. Class Certification Expert Discovery

      e. Non-Expert Discovery

      f. Expert Disclosures

      g. Expert Rebuttal

      h. Expert Discovery

2. Deadlines for Plaintiffs to file their motion for class certification, Defendants' opposition to class certification, Plaintiff's reply, as well as a proposed hearing date.

3. A deadline for the filing of dispositive motions (except motions *in limine* or other trial motions).

4. A pre-trial conference date which shall be approximately one hundred twenty (120) days after the dispositive motion filing deadline.

5. A trial date which shall be approximately sixty (60) days after the proposed pre-trial conference date.

6. The Court will issue a formal scheduling order following the parties' report, or set a further conference if needed.

IT IS SO ORDERED.

Dated:  **March 14, 2024**   /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE