UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOUSA, *et al.*, *on behalf of themselves and class members*,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00500-EPG<br><br>ORDER RE: NOTICE OF SETTLEMENT AND SETTING BRIEFING DEADLINES AND HEARING |

On April 15, 2024, the parties filed a notice of settlement in this class action case. (ECF No. 116). Accordingly, the Court will set a deadline for Plaintiffs to file a motion for preliminary approval of class settlement pursuant to Federal Rule of Civil Procedure 23(e).[1] "Federal Rule of Civil Procedure 23(e) requires district courts to review proposed class action settlements for fairness, reasonableness, and adequacy." *Roes, 1-2 v. SFBSC Management, LLC*, 944 F.3d 103,

---

[1] Rule 23(e) provides that "[t]he claims issues, or defenses of a certified class—or a class proposed to be certified for purposes of settlement—may be settled, voluntarily dismissed, or compromised only with the court's approval." If the parties' settlement agreement only resolves Plaintiffs' individual claims or does not seek to bind any putative class members, by no later than June 11, 2024, Plaintiffs shall file a supplemental brief in support of the notice of settlement that discusses whether the Court is required to apply the factors set forth in *Diaz v. Trust Territory of the Pacific Islands¸* 876 F.2d 1401 (9th Cir. 1989), to the parties' settlement agreement or whether subsequent amendments to Rule 23(e) "reject the *Diaz* approach," *Dougan v. Centerplate, Inc.*, No. 22-cv-1496-JLS (SBC), 2023 WL 8604152, at *4, (S.D. Cal. Dec. 12, 2023).

1

1048 (2019). The parties are advised that when a settlement precedes class certification "the district court must apply 'an even higher level of scrutiny'" when evaluating the substantive fairness of the proposed settlement under Rule 23(e). *In re Apple Inc. Device Performance Litigation*, 50 F.4th 769, 782 (9th Cir. 2022) (quoting *McKinney-Drobnis v. Oreshack*, 16 F.4th 594, 606 (9th Cir. 2021)).

Based on the foregoing, IT IS ORDERED that:

1. Plaintiffs shall file a motion for preliminary approval of class settlement by no later than June 11, 2024. Defendants shall file a statement of non-opposition or opposition by no later than June 25, 2024. Any reply brief shall be filed by July 2, 2024. Alternatively, the parties may file a joint motion.
2. The Court sets a hearing on the motion for July 12, 2024, at 2:00 p.m. in Courtroom 10 (EPG). To participate telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated: **April 16, 2024**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE