**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Robert E. Morelli, III (*Pro Hac Vice*)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel:  (415) 421-7100
Fax:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
rmorelli@schneiderwallace.com

*Attorneys for Plaintiffs and the Putative Class*

[Additional attorneys in next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE SOUSA, on behalf of himself and the Class members,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.; and WAL-MART ASSOCIATES, INC.,<br><br>Defendants. | Lead Case No.      1:20-cv-00500-EPG<br>Member Case No.  2:20-cv-00928-DAD-EPG<br><br>**STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL OF CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed: April 7, 2020<br>Trial Date:           None Set<br>Magistrate Judge: Erica P. Grosjean |
| MARTHA CASTRO, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | |

Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Corey Smith, Esq.
BRADLEY/GROMBACHER, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA  91361
Telephone:     805-270-7100
Facsimile:     805-270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
csmith@bradleygrombacher.com

*Attorneys for Plaintiffs*
*George Sousa, Martha Castro and Class Member*


Sahag Majarian, II, Esq.
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, CA  91356
Telephone:     818-609-0807
Facsimile:     818-609-0892
sahagii@aol.com

*Attorneys for Plaintiffs*
*George Sousa, Martha Castro and Class Member*


Paloma P. Peracchio CA Bar No. 259034
paloma.peracchio@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:   213-239-9800
Facsimile:   213-239-9045

Mitchell A. Wrosch CA Bar No. 262230
mitchell.wrosch@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor 695
Town Center Drive Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendants Walmart Inc. and Wal-Mart Associates, Inc

Plaintiffs George Sousa and Martha Castro ("Plaintiffs") and Defendants Walmart, Inc. and Wal-Mart Associates, Inc. (collectively "Walmart") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiff George Sousa filed his initial complaint on April 7, 2020, which included class action allegations on behalf of Plaintiff Sousa and those similarly situated to him;

2. Whereas, the matter of *Martha Castro v. Walmart Inc.*, Case No. 2:20-cv-00928 JAM-KJN filed on March 24, 2020, was consolidating the instant case on May 11, 2021 pursuant to Rule 42(a);

3. WHEREAS, Plaintiffs filed a Second Amended Consolidated Class Complaint on March 8, 2023 (Dkt. 67) alleging: (1) Failure to Pay Overtime Wages pursuant to Labor Code § 510; (2) Failure to pay Minimum Wage and Liquidated Damages pursuant to Labor Code §§ 1182.11, 1182.12, 1194, 1197, and 1197.1); (3) Failure to Authorize and Permit and/or make Available Meal and Rest Periods pursuant to Labor Code §§ 226.7 and 512; (4) Waiting Time Penalties pursuant to Labor Code §§ 201-203; (5) Failure to Provide Timely and Accurate Itemized Wage Statements pursuant to Labor Code §§ 226; (6) Unlawful Business Practices pursuant to Cal. Bus. & Prof. Code §§ 17200 et set.; and (7) Penalties Pursuant to Labor Code § 2698, et seq. (PAGA) for violations of Labor Code §§ 203, 226, 510, 1194, 1197, and 1197.1;

4. WHEREAS the putative class and subclass were described in the Second Amended Consolidated Class Complaint as "[a]ll current and former hourly, non-exempt workers employed at any Wal-Mart store throughout California from March 24, 2016 until resolution of this action" *and* the Night Manager Subclass was described as "[a]ll current and former hourly, non-exempt overnight support managers, night shift managers, and all other employees with similar night shift job duties employed at any Wal-Mart store throughout California from March 24, 2016 until resolution of this action";

5. WHEREAS, on August 16, 2023, The Court issued an order (Dkt. 96) dismissing Plaintiffs' claims related to COVID-19 policies or procedures, meal break violations, and California's Private Attorneys General Act in response to Defendant's motion to dismiss (Dkt. 70). Thereafter, Plaintiffs' Second Amended Complaint (Dkt. 67) ("Operative Complaint") alleges the

1  same causes of action, except as to the related COVID-19 policies or procedures, PAGA and meal
2  break violations, which were dismissed by Court order;

3        6.     WHEREAS, on June 7, 2023, the Parties agreed to participate in Mediation before
4  Jeff Ross, Esq. Unfortunately, the case did not settle, but the Parties agreed to continue to good faith
5  settlement discussions;

6        7.     WHEREAS, on August 30, 2023, Defendants filed an Answer to the Operative
7  Complaint (Dkt. 97) and generally denied Plaintiffs' allegations;

8        8.     Whereas, the Parties devoted substantial resources exploring an early resolution of
9  this matter with the assistance of mediator Jeffrey Ross, Esq., the Parties agreed to settle the
10 Plaintiffs' individual claims, and the Parties filed a Notice of Settlement to that effect. (*See* Dkt.
11 116);

12       9.     WHEREAS, Plaintiffs have not yet moved for class certification in this action, and
13 the class has not been provided with any notice of this action;

14      10.    WHEREAS, any class member who wishes to pursue his or her wage and hour claims,
15 may do so on an individual basis;

16      11.    WHEREAS, overlapping lawsuits have been filed against Defendants (*See* Notice of
17 Related Cases, at Dkt. 99);

18      12.    WHEREAS, pursuant to Fed. R. Civ. P. 23, settlement of a class action requires court
19 approval;

20      13.    WHEREAS, Plaintiffs' Counsel is not receiving any separate monetary compensation
21 from Defendants for the dismissal of the putative class claims without prejudice. As such, Plaintiffs
22 seek dismissal of the class claims *without prejudice*; and

23      14.    WHEREAS, this is an individual settlement, and, thus, Court approval is unnecessary
24 as there is not a resolution of any class action claims.

25     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:
26     The Parties respectfully request the Court enter an order dismissing without prejudice the
27 class claims in this action; vacate deadlines in the Minute Order (Dkt. 118); and dismiss Plaintiffs'
28 individual claims with prejudice, with each Party to bear its own fees and costs.

DATED:  July 26, 2024                           SCHNEIDER WALLACE
                                                COTTRELL KONECKY LLP


By:  */s/ Robert E. Morelli, III*
     Carolyn Hunt Cottrell
     Ori Edelstein
     Robert E. Morelli, III
     Attorneys for Plaintiff George Sousa


DATED:  July 26, 2024                           BRADLEY/GROMBACHER, LLP


By:  */s/ Marcus J. Bradley*
     Marcus J. Bradley, Esq.
     Kiley L. Grombacher, Esq.
     Attorneys for Plaintiff Martha Castro


DATED: July 26, 2024                            OGLETREE, DEAKINS, NASH,
                                                SMOAK & STEWART, P.C.


By:  */s/Mitchell A. Wrosch*
     Paloma P. Peracchio, Esq.
     Mitchell A. Wrosch, Esq.
     Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Eastern District of California, by using the Court's CM/ECF system on July 26, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*s/ Robert E. Morelli, III*
Robert E. Morelli, III

## SIGNATORY ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the attached documents and authorization to file the attached documents has been obtained from the other signatory indicated by a conformed signature (/s/) within the attached e-filed documents.

*/s/ Robert E. Morelli, III*
Robert E. Morelli, III
