UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOUSA, *on behalf of himself and the Class members, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Walmart, Inc., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00500-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 122). |

On July 26, 2024, the parties filed a joint stipulation for dismissal of the putative class claims without prejudice and dismissal of the individual Plaintiffs' claims with prejudice with each party to bear their own fees and costs.[1] (ECF No. 122). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice as to the putative class claims and with prejudice as to the individual Plaintiffs' claims and with each party to bear its own attorneys' fees and costs.

\\\

\\\

\\\

---

[1] No class has been certified in this case. Further, the parties' stipulation states that "the class has not been provided with any notice of this action." (ECF No. 122, p. 4).

1

Accordingly, all pending dates and deadlines are vacated, and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 29, 2024**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE